IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brantley, Yorshino Lashay | Case Number: 06 B 15893 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 3/11/08 | Filed: 12/4/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 29, 2008
Confirmed: January 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,537.00 | |
| Secured: | | 11,274.04 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 610.11 |
| Trustee Fee: | | 652.85 |
| Other Funds: | | 0.00 |
| Totals: | 12,537.00 | 12,537.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 610.11 |
| 2. | HSBC Mortgage Services | Secured | 19,623.43 | 10,998.86 |
| 3. | Great American Finance Company | Secured | 1,987.05 | 227.78 |
| 4. | City Of Chicago | Secured | 341.40 | 47.40 |
| 5. | HSBC Mortgage Services | Secured | 13,606.29 | 0.00 |
| 6. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 7. | GMAC Auto Financing | Unsecured | 0.00 | 0.00 |
| 8. | Great American Finance Company | Unsecured | 251.80 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 940.00 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 103.65 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 1,196.31 | 0.00 |
| 12. | Commerce Bank | Unsecured | | No Claim Filed |
| | | | $ 41,049.93 | $ 11,884.15 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 192.96 |
| 5.4% | 459.89 |
| | $ 652.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Brantley, Yorshino Lashay

Printed:  3/11/08

Case Number:  06 B 15893
Judge:  Goldgar, A. Benjamin
Filed:  12/4/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

